*Form 242* (3/23)–doc 16 – 14, 15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Arthur M Drummond ) | Case No. 24–13599–amc |
| )<br>)<br>Debtor(s). ) | Chapter: 13 |
| )<br>) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [14] Amended Chapter 13 Plan(pre–confirmation), [15] Pre–Confirmation Certification

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☑ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: **WRONG DOCUMENTS FILED ON THIS CASE (24–13577 s/b 24–13599)

In order for this matter to proceed, please submit the above noted correction on or before January 9, 2025, otherwise, the matter will be referred to the Court.

Date: December 26, 2024                                                                           For The Court

                                                                                                      Timothy B. McGrath<br>
                                                                                                      Clerk of Court